

**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Eric LOVE, Petitioner.**

Supreme Court of Pennsylvania.

June 5, 2007.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter **REMANDED** for resentencing in accordance with *Commonwealth v. Dickson,* 918 A.2d 95 (2007). Jurisdiction relinquished.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania,
Appellee,**

v.

**Don MULDREW, Appellant.**

Supreme Court of Pennsylvania.

Argued May 16, 2007.
Decided June 8, 2007.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

**COMMONWEALTH of Pennsylvania,
Appellee,**

v.

**Derrick H. BURNSIDE, Appellant.**

Supreme Court of Pennsylvania.

Argued May 14, 2007.
Decided June 8, 2007.